

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00149-CV

**D TIRE AND LUBE CENTER** and Carlos Corpus,
Appellants

v.

**FTW TRANSPORTATION**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08512
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: July 5, 2023

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM